## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SERENA MARTINEZ,
an individual,

        Plaintiff,

v.

SPRING OAKS CAPITAL SPV, LLC and
SPRING OAKS CAPITAL, LLC,

        Defendants.

Case No.: _____

### NOTICE OF REMOVAL

      Defendants Spring Oaks Capital, LLC and Spring Oaks Capital SPV, LLC (collectively "Spring Oaks"), by and through their undersigned counsel, and for their Notice of Removal pursuant to 28 U.S.C. § 1441(a) and 1446, and in support thereof, state as follows:

      1.      On or about May 28, 2024, Plaintiff filed a lawsuit in the Circuit Court of Cook County in the State of Illinois, which was captioned *Serena Martinez v. Spring Oaks Capital, LLC and Spring Oaks Capital SPV, LLC*, and docketed as Case No. 20241114162. A copy of the circuit court complaint ("Complaint") is attached hereto as **Exhibit A** pursuant to 28 U.S.C. § 1446(a).

      2.      On May 30, 2024, Spring Oaks was served with Plaintiff's Summons and Complaint. A copy of the Summons and Complaint is attached as Exhibit A. This notice is timely pursuant to 28 U.S.C. § 1446(b) because it is filed within 30 days after service of the Summons and Complaint. *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999).

      3.      Pursuant to 28 U.S.C. § 1446(a), copies of the following documents are attached to the Notice of Removal:

          **Exhibit A**:    Plaintiff's Complaint at Law and Summons served

          **Exhibit B**:    A copy of the court file for the state court action

1

**Exhibit C**: Notice of Filing Notice of Removal

4. The Complaint asserts a federal cause of action against Spring Oaks for purported violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*, as well as state law claims under the Illinois Collection Agency Act, 225 ILCS 425/1 *et seq.*("ICAA") and the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505 *et seq.*("ICFA").

5. 28 U.S.C. § 1331 provides: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

6. 28 U.S.C. § allows removal on the basis of a federal question, stating:

(a) Generally. – Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

7. The United States District Court, Northern District of Illinois has jurisdiction over Plaintiff's FDCPA claim because the allegations arise under a federal statute. Removal is proper on the basis of federal question jurisdiction because the claims arise out of alleged violations of federal statutes.

8. Spring Oaks attaches to this Notice the state court file, inclusive of all process, pleadings and orders. *See* **Exhibit B**.

9. Concurrent with the filing of this Notice of Removal, Spring Oaks is filing a Notice of Filing Notice of Removal with the Circuit Court of Cook County, State of Illinois, attached hereto as **Exhibit C**.

WHEREFORE, Defendants Spring Oaks Capital SPV, LLC and Spring Oaks Capital, LLC respectfully request that this case proceed in this Court as an action properly removed to it.

2

Dated June 28, 2024

Respectfully submitted,

SWANSON, MARTIN & BELL, LLP

*/s/     Keegan J. Madden*
Keegan J. Madden
Joseph P. Kincaid
330 N. Wabash, Suite 3300
Chicago, IL 60611
Tel: (312) 321-8442
Fax: (312) 321-0990
kmadden@smbtrials.com
jkincaid@smbtrials.com
***Attorneys for Spring Oaks Capital, LLC and Spring Oaks Capital SPV, LLC***

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SERENA MARTINEZ,
an individual,

      Plaintiff,

v.

SPRING OAKS CAPITAL SPV, LLC and
SPRING OAKS CAPITAL, LLC,

      Defendants.

Case No.: _____

### CERTIFICATE OF SERVICE

I, Keegan J. Madden, an attorney, certify that I shall cause to be served a copy of this Notice of Removal upon the below listed individual(s), by [deposit in the U.S. Mail, postage prepaid, messenger delivery, Federal Express, or <u>electronically via the Case Management/Electronic Case Filing System ("ECF")</u>], on June 28, 2024.

Bryan Paul Thompson (ARDC #6310322)
Robert W. Harrer (ARDC #6315410)
Seth McCormick (ARDC # 6309643)
CHICAGO CONSUMER LAW CENTER, P.C.
650 Warrenville Road, Suite 100
Lisle, IL 60532
Tel. 312-858-3239
bryan.thompson@ccic-law.com
rob-harrer@ccic-law.com
seth@ccic-law.com

SWANSON, MARTIN & BELL, LLP
/s/    *Keegan J. Madden*
Keegan J. Madden
Joseph P. Kincaid
330 N. Wabash, Suite 3300
Chicago, IL 60611
Tel: (312) 321-8442
Fax: (312) 321-0990
kmadden@smbtrials.com
jkincaid@smbtrials.com
*Attorneys for Spring Oaks Capital, LLC and
Spring Oaks Capital SPV, LLC*