# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Serena Martinez

                                  Plaintiff,

v.                                                        Case No.: 1:24–cv–05442

                                                              Honorable Georgia N Alexakis

Spring Oaks Capital SPV, LLC, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 5, 2024:

      MINUTE entry before the Honorable Georgia N Alexakis:In light of the recent reassignment of this matter to this Court's calendar, the parties are directed to file a joint status report by 9/20/24 using the template on the Court's website for reassigned cases.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.