**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Serena Martinez
                                        Plaintiff,

v.                                      Case No.: 1:24−cv−05442
                                        Honorable Georgia N Alexakis

Spring Oaks Capital SPV, LLC, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 16, 2024:

    MINUTE entry before the Honorable Georgia N Alexakis: The Court has reviewed the parties' joint status report [10]. The parties report that they are involved in arbitration efforts. The parties shall file a status report on the status of the arbitration by 12/12/24. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.